# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00097-CV

**In re John D. Byram**

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

### O R D E R

Relator's Emergency Motion to Partially Stay Compliance with February 6, 2013 Further Interim Orders is granted. The portions of the Further Interim Orders signed by the trial court on February 6, 2013 titled "Reinstatement of American Express Credit Card for Susanne Byram" (which can be found on page 3 of the Further Interim Orders) and "Interim Attorney's Fees and Expenses as Sanctions" (which can be found on page 7 of the Further Interim Orders) are stayed until further order of this Court.

Real Party in Interest Susanne Byram is directed to file a response to the Petition for Writ of Mandamus no later than February 25, 2013.

It is so ordered February 14, 2013.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field